# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of December, two thousand twenty-four.

---

United States of America,

        Appellee,

  v.

Armando Gomez, AKA EL DOCTOR,

        Defendant - Appellant.

---

**ORDER**

Docket No. 23-6128

Appellant moves for voluntary dismissal of this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED. It is further ordered that the Government's motion to dismiss (docket entry 50) and Appellant's motion to expedite the appeal (docket entry 53) are DENIED as moot.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

